UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   CR-05-300 Z |
| | ) | |
| v. | ) | |
| | ) | |
| BRUCE SIVAO MATAGI | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged: Felon in Possession of a Firearm,

Date of Revocation of Bail Hearing: August 15, 2005.

The court, having conducted a bail revocation hearing pursuant to 18 U.S.C. § 3142 et seq., and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  The defendant made his inital appearance before the HO. Phillip K. Sweigert on July 15, 2005.  Four days later, July 19, 2005, he was ordered released on special conditions with pre-trial supervision.

(2)  At the bail revocation hearing held on August 15, 2005, the Court heard testimony

DETENTION ORDER
PAGE -1-

from U.S. Pretrial Officers, Todd Skipworth and Kelly Neumeister regarding three allegations of violation s while on pre-trial supervision.   The allegations were that the Defendant had used methamphetamine on or about July 21, 2005 which he admitted to pre-trial services officers.  The second violation was that he committed  new law violations consisting of Hit and Run of an Attended Vehicle, Violation of the Controlled Substances Act by conducting a drug transaction involving crack cocaine,, and Eluding a Pursing Police vehicle.  USPSO Neumeister testified that interviews of the detectives involved in the case included positive identifications by the confidential informant and the detectives at the scene.  These witnesses explained the details fo the three crime investigations (all are part of the same series of events).

(3)  Accordingly, due to the nature and seriousness of the underlying crime alleged, release of the   Defendant would pose a risk to the community.  Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

It is therefore ORDERED:

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2-

1        (4)  The clerk shall direct copies of this order to counsel for the United States, to

2             counsel for the defendant, to the United States Marshal, and to the United States

3             Pretrial Services Officer.

4        DATED this 18th day of August, 2005.

5                                                    _____
6                                                    Monica J. Benton
7                                                    United States Magistrate Judge

DETENTION ORDER
PAGE -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -4-