01

02

03

04

05

06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. CR05-300-TSZ
09          Plaintiff,                     )
                                           )
10          v.                             )
                                           )   SUMMARY REPORT OF U.S.
11  BRUCE S. MATAGI,                       )   MAGISTRATE JUDGE AS TO
                                           )   ALLEGED VIOLATIONS
12          Defendant.                     )   OF SUPERVISED RELEASE
    _____)

13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15  on December 12, 2011.   The United States was represented by AUSA Andrew Colasurdo and

16  the defendant by Kyana Stephens.   The proceedings were digitally recorded.

17          Defendant had been sentenced on or about February 23, 2006 by the Honorable Thomas

18  S. Zilly on a charge of Felon in Possession of a Firearm, and sentenced to 36 months custody,

19  three years supervised release.

20          The conditions of supervised release included the standard conditions plus the

21  requirements that defendant cooperate in the collection of DNA, be prohibited from possessing

22  a firearm, participate in a drug treatment program, and submit to search.   (Dkt. 50.)

01        In an application dated December 2, 2011(Dkt. 62, 63), U.S. Probation Officer Felix

02  Calvillo, Jr. alleged the following violations of the conditions of supervised release:

03        1.       Committing the crime of manslaughter in the Second Degree in King County,

04  Washington, on or about May 4, 2008, in violation of the general condition that he not commit

05  a federal, state or local crime.

06        2.       Committing the crime of Unlawful Possession of a Firearm in the Second

07  Degree in King County, Washington, on or about May 4, 2008, in violation of the general

08  condition that he not commit a federal, state or local crime.

09        Defendant was advised in full as to those charges and as to his constitutional rights.

10        Defendant admitted violations and waived any evidentiary hearing as to whether they

11  occurred.

12        I therefore recommend the Court find defendant violated his supervised release as

13  alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of

14  disposition.   The next hearing will be set before Judge Zilly.

15        Pending a final determination by the Court, defendant has been detained.

16        DATED this <u>12th</u> day of December, 2011.

17

18                                         Mary Alice Theiler

19                                         United States Magistrate Judge

20  cc:    District Judge:         Honorable Thomas S. Zilly
           AUSA:                Andrew Colasurdo

21         Defendant's attorney:    Kiyana Stephens
           Probation Officer:       Felix Calvillo, Jr.

22